Linda J. Johnson
Sean Halloran
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSHUA BRIGGS ) <br>     Plaintiff, ) <br> vs. ) <br> ) <br> OREAN YI in his personal capacity; and ) <br> MUNICIPALITY OF ANCHORAGE, ) <br>     Defendants. ) <br> _____ ) | Case No. 3:22-cv-00265-SLG |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants Yi and Anchorage herein move for partial summary judgment on Count VI of the Complaint, which asserts that AMC 8.30.120(A)(2) is unconstitutional. This motion incorporates here, by reference, the defendants' Opposition to Motion for Preliminary Injunction, filed of even date at Docket 23.[1] The arguments at Docket 23 demonstrate the defendants' entitlement to judgment as a matter of law.

Summary judgment is appropriate where there is no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law.

---

[1] See D.Ak. Local Rule 5.1(f)(2).

Motion for Partial Summary Judgment
*Briggs v. Yi*; 3:22-cv-00265 SLG      Page **1** of **2**
Case 3:22-cv-00265-SLG   Document 24   Filed 02/15/23   Page 1 of 2

[Fed.R.Civ.P. 56.] Material facts are those that might affect the outcome of the case. Anderson v. Liberty Lobby, Inc. 477 U.S. 242, 248 (1986). A party seeking summary judgment bears the initial burden of informing the court of the basis for its motion and identifying those portions of the record that demonstrate the absence of a genuine issue of material fact. Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986).

To reach a level of genuine dispute, the evidence must be such as to allow "a reasonable fact-finder to return a verdict for the non-moving party". Anderson, 477 U.S. at 248. "If the evidence provided by the non-moving party is 'merely colorable' or 'not significantly probative,' summary judgment is appropriate." Millo v. Delius, 872 F.Supp.2d 867, 872 (D. Alaska 2012).

Respectfully submitted this 15th day of February, 2023.

ANNE HELZER
Acting Municipal Attorney

By: /s/ Sean Halloran
Sean Halloran, Alaska Bar 9211080
Assistant Municipal Attorney

Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the following by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

Thomas A. Dosik

/s/ Amber Cummings
Amber Cummings, Legal Secretary
Municipal Attorney's Office

Motion for Partial Summary Judgment
Briggs v. Yi; 3:22-cv-00265 SLG    Page **2** of **2**
Case 3:22-cv-00265-SLG   Document 24   Filed 02/15/23   Page 2 of 2