# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| JOSHUA D. BRIGGS,<br>*Plaintiff*<br>v.<br>OREAN YI, in his personal capacity; and<br>MUNICIPALITY OF ANCHORAGE,<br>*Defendants* | ) ) ) ) ) ) | Civil Action No. 3:22-cv-00265-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT pursuant to Federal Rule of Civil Procedure 68, judgment is entered against Defendants Municipality of Anchorage and Orean Yi, and in favor of Plaintiff Joshua D. Briggs, for a total of $100,000.00, inclusive of all costs (including attorney's fees and interest) accrued as of the date on which offer of judgment was served, and all claims brought, or which could have been brought in this matter are DISMISSED with prejudice.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: March 31, 2025

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*